Associates Discount Corporation, Appellant, v. William Frye, Appellee.

Term No. 4606.

428

opinion filed January 20, 1947; released for publication February 20, 1947. Sam Weber and Goldenhersh & Goldenhersh, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.